UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALAN M. SMITH,

                                    Petitioner,

                                                                         DECISION AND ORDER

                                                                          03-CV-6553L

              v.

TIMOTHY MURRAY,

                                  Respondent.
_____

      The Court has referred all pretrial motions in this case to United States Magistrate Judge Victor E. Bianchini pursuant to 28 U.S.C. § 636(b).  Dkt. #10.  On August 1, 2007, Magistrate Judge Bianchini issued a Report and Recommendation ("R&R") recommending that the petition for a writ of habeas corpus be denied.  Dkt. #11.

      Under Rule 72(b) of the Federal Rules of Civil Procedure, and Rule 72.3(a)(3) of the Local Rules of Civil Procedure for this district, petitioner had ten days after receipt of a copy of the R&R to file any objections to it.  Petitioner has not done so, nor has he sought an extension of time in which to file objections.[1]

---

[1] According to the New York State Department of Corrections internet inmate lookup service, http://nysdocslookup.docs.state.ny.us, petitioner was released from custody in August 2006.

Having reviewed the R&R, I agree with Magistrate Judge Bianchini's findings and conclusions, and I accept and adopt the R&R in its entirety. The petition is therefore dismissed.

### CONCLUSION

The Report and Recommendation of United States Magistrate Judge Victor E. Bianchini (Dkt. #11) is in all respects accepted. Respondent's motion to dismiss the petition is granted and the petition is dismissed with prejudice.

IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       September 5, 2007.